UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. LOVELACE and OCTAVIA LOVELACE<br>    Plaintiffs,<br><br>v.<br><br>SHOWROOM AUTO, LLC<br>    Defendant | : No. 16-CV-04978 (ERK)(CLP)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## Motion to Vacate Arbitration Award

Under 9 U.S.C. § 10(a)(4), Plaintiffs, William J. Lovelace and Octavia Lovelace, move this honorable court to vacate the September 26, 2018 arbitration award issued in this matter. Arbitrator John F. Byrne failed to issue a mutual, final and definite award, consequently Plaintiffs move this court to vacate. In support of this motion, Plaintiffs attach a memorandum of law, a declaration in support, and annexed exhibits thereto.

Plaintiffs are filing this motion now, rather than after the motion has been fully briefed, because by statute there is only approximately one month left to file this motion and Plaintiffs do not believe that during this holiday season, it is likely the briefing will not be completed and the papers filed by the statutory deadline, which falls on Christmas.

Dated:     November 19, 2018          PLAINTIFFS,

                                      WILLIAM J. LOVELACE
                                      and OCTAVIA LOVELACE

                                      By: /s/ *Daniel S. Blinn*
                                           Daniel S. Blinn
                                           One of Plaintiffs' Attorneys

1

<u>Attorneys for Plaintiffs</u>
Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Rd, Suite 512
Rocky Hill, CT  06067-9997
Tel: (860) 571-0408

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906