## Certificate of Service

I, Daniel S. Blinn, an attorney duly licensed to practice law in the State of New York, hereby state the following under penalty of perjury that the following is true:

I am not a named party to the action, am over 18 years of age, and reside in New York, New York.

That on November 18, 2018, I served the foregoing documents by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, via United States First Class Mail addressed to each of the following persons at the last known address set forth after each name:

Showroom Auto, LLC
42-08 35th Ave
Long Island City, NY 11101

Ira B. Pollack, Esq.
Ira B. Pollack & Associates, PLLC
118-35 Queens Blvd, 9th Floor
Forest Hills NY, 11375

Steven M. Coren, Esq.
Coren Law Group P.C.
225 Union Street
Brooklyn, NY 11231

Dated:   New York, New York
         November 18, 2018

/s/ Daniel S. Blinn
Daniel S. Blinn