UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM J. LOVELACE and
OCTAVIA LOVELACE,

                                Plaintiffs,

    - against -                             **NOTICE OF APPEARANCE**

                                                    Case No.: 16-CV-4978

SHOWROOM AUTO, LLC,

                                Defendant.
------------------------------------------------------------------X

COUNSEL:

      PLEASE TAKE NOTICE, that Defendant, SHOWROOM AUTO LLC the undersigned has been retained as attorney's for said Defendant in place and stead of Ira B. Pollack, Esq., and further demands that you serve all papers in this proceeding upon the undersigned at the address below.

Dated: Brooklyn, New York
       November 21, 2018

                                                    Yours, etc.
                                                    COREN LAW GROUP P.C.
                                                     Attorneys for Defendant

                                                     By: Steven M. Coren, Esq.
                                                     225 Union Street
                                                     Brooklyn, NY 11231
                                                     (212) 371-5800
                                                     fax (718) 797-0261
                                                     email: scoren@corenlawgroup.com

To: Brian L. Bromberg, Esq.
    Bromberg Law Office, P.C.
    Attorneys for Plaintiff
    26 Broadway - 21st Fl.
    New York, NY 10004

CERTIFICATE OF SERVICE

    I certify under penalty of perjury than on the date indicated herein, I electronically filed a copy of this Notice of Appearance with the Clerk of the Court via ECF. Additionally, I have caused a copy of the filing to be sent via U. S. mail to counsel for Plaintiff as set forth above.

                                        Steven M. Coren, Esq.

Dated: Brooklyn, New York
        November 21, 2018